# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

KRISTEN DOUGHERTY,

Appellant,

v.

PHIL JASON HABERMAN; KELLY LYNN SCOVILL; PHIL
DRAGER; PHIL DRAGER AS INCORPORATOR OF K9 GLOBAL
RESCUE; SARASOTA STATE ATTORNEY'S OFFICE; ED
BRODSKY; NICHOLAS KEI SATO; NORTH PORT POLICE
DEPARTMENT; TODD R. GARRISON; JAMES KELLER # 304;
SHANNON FORTUNO # 231; FLORIDA DEPARTMENT OF
CORRECTION AND PROBATION; STEPHANIE DITROIA;
SARASOTA COUNTY SHERIFF'S OFFICE; TOM KNIGHT AS
SHERIFF OF SARASOTA COUNTY; SARASOTA COUNTY JAIL;
MAJOR BRIAN MEINBERG; UNITED STATES MARSHALS
OFFICE FLORIDA; MICHAEL C. VAN; JON A. BAROCAS; JON
A. BOROCAS ACTING AS INCORPORATOR OF K9 GLOBAL
SERVICES; UNITED STATES MARSHALS OFFICE NEVADA;
UNKNOWN DOE EMPLOYEES; NEVADA HIGHWAY PATROL;
HEATHER NICHOLE RHOADSANDERS; VIKTORIA FAYE
GAVRE; DOES 1-100,

Appellees.


No. 2D2023-0489

_____

June 26, 2024

Appeal from the Circuit Court for Sarasota County; Hunter W. Carroll,
Judge.

Kristen Dougherty, pro se.

Shannon L. Troutman and Brandon S. Vesely of The Florida Appellate Firm, P.A., St. Petersburg, for Appellee Jon A. Barocas.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

SLEET, C.J., and CASANUEVA and KHOUZAM, JJ., Concur.

————————————

Opinion subject to revision prior to official publication.